**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

In re: ADVANCED SYNTEC, INC. § Case No. 9:16-bk-12102-DS
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeremy W. Faith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $33,250.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $14,036.00 | | |

3) Total gross receipts of $14,036.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $14,036.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,516.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $17,132.38 | $17,132.38 | $14,036.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $43,546.00 | $21,336.75 | $21,336.75 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $231,992.00 | $328,914.72 | $261,747.63 | $0.00 |
| **TOTAL DISBURSEMENTS** | $292,054.00 | $367,383.84 | $300,216.76 | $14,036.00 |

4) This case was originally filed under chapter 7 on 11/14/2016.  The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    06/03/2019                    By: /s/ Jeremy W. Faith
                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refrigerator. Warehouse.. Valuation Method: Liquidation | 1129-000 | $7.19 |
| Green Machine UV Light Sanitizer. Warehouse.. Valuation Method: Liquidation | 1129-000 | $3,021.47 |
| Miscellaneous equipment (power broom, mechanical oils, mixes, hudson sprayers, cart, straps, air compressor, ramps, slat | 1129-000 | $201.43 |
| Red Machine Decompactor and Vacuum. Warehouse.. Valuation Method: Liquidation | 1129-000 | $1,222.97 |
| Miscellaneous domain names and social media sites held by company.. Valuation Method: Liquidation | 1129-000 | $575.52 |
| Fire extinguisher. Warehouse.. Valuation Method: Liquidation | 1129-000 | $4.32 |
| Merchandise racks (2). Warehouse.. Valuation Method: Liquidation | 1129-000 | $35.97 |
| Wheelbarrows (2) and seed spreaders (2).. Valuation Method: Liquidation | 1129-000 | $9.35 |
| Gray desks (2); wood desk (1); black desk (1); chairs; maps, merchandise racks, filing cabinets, and office supplies. It | 1129-000 | $210.93 |
| Trademark, branding, website, and domain name associated with "Advanced Syntec" and found at advancedsyntec.com.. Valuat | 1129-000 | $575.51 |
| Large sectional racks (3); industrial racks (ibeams and counter supports). Located in warehouse.. Valuation Method: Liqu | 1129-000 | $210.93 |
| Other inventory or supplies: Materials, including infill, turf rolls, remants, glue, nails, and stakes. Warehouse., , Ne | 1129-000 | $1,424.41 |
| Insurance Premium Refund per 2015 Final Audit | 1229-000 | $6,536.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,036.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Kubota Credit Incorporation | 4210-000 | $5,000.00 | NA | NA | NA |
| N/F | Sheffield Financial | 4210-000 | $2,211.00 | NA | NA | NA |
| N/F | TitleMax of Missouri | 4210-000 | $9,305.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$16,516.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeremy W. Faith | 2100-000 | NA | $2,153.60 | $2,153.60 | $1,660.70 |
| Trustee, Expenses - Jeremy W. Faith | 2200-000 | NA | $153.74 | $153.74 | $153.75 |
| Attorney for Trustee Fees - MARGULIES FAITH LLP | 3110-000 | NA | $7,772.00 | $7,772.00 | $5,993.21 |
| Attorney for Trustee, Expenses - MARGULIES FAITH LLP | 3120-000 | NA | $245.61 | $245.61 | $245.61 |
| Bond Payments - INTERNATIONAL SURETIES | 2300-000 | NA | $14.37 | $14.37 | $14.37 |
| Administrative Rent - Rexford Industrial Realty LP | 2410-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $381.17 | $381.17 | $381.17 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $1,629.28 | $1,629.28 | $1,256.38 |
| Accountant for Trustee Fees (Other Firm) - Don Fife | 3410-000 | NA | $1,974.00 | $1,974.00 | $1,522.21 |
| Accountant for Trustee Expenses (Other Firm) - Don Fife | 3420-000 | NA | $308.60 | $308.60 | $308.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$17,132.38** | **$17,132.38** | **$14,036.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None |||||| 

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue ServiceCentralized Insolvency Operations | 5800-000 | $13,546.00 | $20,498.57 | $20,498.57 | $0.00 |
| 5P | FRANCHISE TAX BOARD | 5800-000 | $15,000.00 | $838.18 | $838.18 | $0.00 |
| N/F | Employment Development Department | 5600-000 | $15,000.00 | NA | NA | NA |
| N/F | State Board of Equalization | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$43,546.00** | **$21,336.75** | **$21,336.75** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Robert Scott Hammond | 7100-000 | NA | $67,167.09 | $0.00 | $0.00 |
| 2U | Internal Revenue ServiceCentralized Insolvency Operations | 7100-000 | NA | $5,829.60 | $5,829.60 | $0.00 |
| 3 | State Compensation Insurance Fund | 7100-000 | $42,173.00 | $42,173.02 | $42,173.02 | $0.00 |
| 4 | Donald Pyne | 7100-000 | $38,090.00 | $38,090.00 | $38,090.00 | $0.00 |
| 5U | FRANCHISE TAX BOARD | 7100-000 | NA | $348.04 | $348.04 | $0.00 |
| 7 | Global Syn-Turf | 7100-000 | $4,506.00 | $3,450.17 | $3,450.17 | $0.00 |
| 8 | Salvador and Vera Dominguez | 7100-000 | $3,000.00 | $3,000.00 | $3,000.00 | $0.00 |
| 9 | Deborah Kaska | 7100-000 | NA | $6,682.00 | $6,682.00 | $0.00 |
| 10 | American InfoSource LP as agent for Verizon | 7100-000 | $1,444.00 | $2,832.72 | $2,832.72 | $0.00 |
| 11 | State Board of Equalization | 7100-000 | NA | $20,970.76 | $20,970.76 | $0.00 |
| 12 | Marlin Leasing Corporation | 7100-000 | $1,011.00 | $9,158.96 | $9,158.96 | $0.00 |
| 13 | SOUTHERN CALIFORNIA EDISON COMPANY | 7100-000 | $207.00 | $299.21 | $299.21 | $0.00 |
| 14 | Rexford Industrial Realty LP | 7100-000 | $2,500.00 | $11,676.58 | $11,676.58 | $0.00 |
| 15 | Susan L. Hammond | 7100-000 | $29,430.00 | $29,430.00 | $29,430.00 | $0.00 |
| 16 | Robert Scott Hammond | 7100-000 | NA | $67,167.09 | $67,167.09 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Western National Mutual Insurance Co. c/o Jomax Recovery Services | 7200-000 | NA | $20,639.48 | $20,639.48 | $0.00 |
| N/F | AT&T Wireless Mobility | 7100-000 | $2,489.00 | NA | NA | NA |
| N/F | Andrew Fuentes | 7100-000 | $1,399.00 | NA | NA | NA |
| N/F | Better Business Bureau Membership Accounting | 7100-000 | $425.00 | NA | NA | NA |
| N/F | Chris Chan | 7100-000 | $595.00 | NA | NA | NA |
| N/F | Compstar Insurance Services, Inc. | 7100-000 | $3,606.00 | NA | NA | NA |
| N/F | Dana Mills | 7100-000 | $31,000.00 | NA | NA | NA |
| N/F | Deborah Kaska | 7100-000 | $814.00 | NA | NA | NA |
| N/F | Frontier Communications | 7100-000 | $302.00 | NA | NA | NA |
| N/F | Gabriel's Bobcat Service | 7100-000 | $13,539.00 | NA | NA | NA |
| N/F | IPFS Corporation | 7100-000 | $493.00 | NA | NA | NA |
| N/F | Joe Nasta | 7100-000 | $763.00 | NA | NA | NA |
| N/F | Kevin Wolfe | 7100-000 | $503.00 | NA | NA | NA |
| N/F | Lisa and Ed Ruvalcaba | 7100-000 | $9,918.00 | NA | NA | NA |
| N/F | Patrick Weber | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Pete Ohaco | 7100-000 | $428.00 | NA | NA | NA |
| N/F | RDM Capital Funding | 7100-000 | $29,000.00 | NA | NA | NA |
| N/F | State Ready Mix | 7100-000 | $9,542.00 | NA | NA | NA |
| N/F | Successful Marketing Group | 7100-000 | $1,250.00 | NA | NA | NA |
| N/F | The Hartford USAA Business Ins | 7100-000 | $1,546.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Waste Management of San Diego | 7100-000 | $623.00 | NA | NA | NA |
| N/F | Yellow Pages United | 7100-000 | $396.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$231,992.00** | **$328,914.72** | **$261,747.63** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 9:16-bk-12102-DS
**Case Name:** ADVANCED SYNTEC, INC.

**Trustee Name:** (001380) Jeremy W. Faith
**Date Filed (f) or Converted (c):** 11/14/2016 (f)
**§ 341(a) Meeting Date:** 01/09/2017

**For Period Ending:** 06/03/2019
**Claims Bar Date:** 05/15/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of America, xxxxxx4616 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $5000. Doubtful/Uncollectible accounts = $0. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 3 | Other inventory or supplies: Materials, including infill, turf rolls, remants, glue, nails, and stakes. Warehouse., , Net Book Value: 0, Valuation Method: Liquidation | 9,900.00 | 9,900.00 | | 1,424.41 | FA |
| 4 | Gray desks (2); wood desk (1); black desk (1); chairs; maps, merchandise racks, filing cabinets, and office supplies. Items are located in main office.. Valuation Method: Liquidation | 1,466.00 | 1,466.00 | | 210.93 | FA |
| 5 | Large sectional racks (3); industrial racks (ibeams and counter supports). Located in warehouse.. Valuation Method: Liquidation | 1,466.00 | 1,466.00 | | 210.93 | FA |
| 6 | 2006 Chevrolet Silverado.. Valuation Method: Liquidation | 9,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | Utility Trailer.. Valuation Method: Liquidation | 500.00 | 500.00 | OA | 0.00 | FA |
| 8 | Dump Trailer. Secured creditor threatened to repossess trailer post-petition. Debtor uncertain whether creditor attempted to repossess despite automatic stay.. Valuation Method: Liquidation | 5,000.00 | 1,676.00 | OA | 0.00 | FA |
| 9 | Forklift. Warehouse.. Valuation Method: | 7,000.00 | 7,000.00 | OA | 0.00 | FA |
| 10 | Green Machine UV Light Sanitizer. Warehouse.. Valuation Method: Liquidation | 21,000.00 | 21,000.00 | | 3,021.47 | FA |
| 11 | Red Machine Decompactor and Vacuum. Warehouse.. Valuation Method: Liquidation | 8,500.00 | 8,500.00 | | 1,222.97 | FA |
| 12 | Kubota and four additional tires. RTV900G9-H. Warehouse. Creditor filed a UCC in 2014 at 147402365729.. Valuation Method: Liquidation | 6,750.00 | 6,750.00 | OA | 0.00 | FA |
| 13 | Refrigerator. Warehouse.. Valuation Method: Liquidation | 50.00 | 50.00 | | 7.19 | FA |
| 14 | Fire extinguisher. Warehouse.. Valuation Method: Liquidation | 30.00 | 30.00 | | 4.32 | FA |
| 15 | Merchandise racks (2). Warehouse.. Valuation Method: Liquidation | 250.00 | 250.00 | | 35.97 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 9:16-bk-12102-DS  
**Case Name:** ADVANCED SYNTEC, INC.  
**For Period Ending:** 06/03/2019

**Trustee Name:** (001380) Jeremy W. Faith  
**Date Filed (f) or Converted (c):** 11/14/2016 (f)  
**§ 341(a) Meeting Date:** 01/09/2017  
**Claims Bar Date:** 05/15/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Wheelbarrows (2) and seed spreaders (2).. Valuation Method: Liquidation | 65.00 | 65.00 | | 9.35 | FA |
| 17 | Miscellaneous equipment (power broom, mechanical oils, mixes, hudson sprayers, cart, straps, air compressor, ramps, slat wall, and fence section). Warehouse.. Valuation Method: Liquidation | 1,400.00 | 1,400.00 | | 201.43 | FA |
| 18 | Miscellaneous domain names and social media sites held by company.. Valuation Method: Liquidation | 4,000.00 | 4,000.00 | | 575.52 | FA |
| 19 | Trademark, branding, website, and domain name associated with "Advanced Syntec" and found at advancedsyntec.com.. Valuation Method: | 4,000.00 | 4,000.00 | | 575.51 | FA |
| 20 | Debtor's owners and officers assert that state receiver Donald Pyne failed to faithfully discharge the duty of a receiver under CCP section 567 and is responsible for the mismanagement, lack of records, failure to pay taxes, labor and employment claims, and breach of contract claims that brought the Debtor to bankruptcy. Debtor's owners, on behalf of corporation, were investigating whether Mr. Pyne received approval of his final account and report by fraud or intentional misrepresentation to the court., Potential Claim on Bond. Amount Requested: $0 | Unknown | 0.00 | | 0.00 | FA |
| 21 | CSLB License 924692 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Insurance Premium Refund per 2015 Final Audit (u) | 6,536.00 | 6,536.00 | | 6,536.00 | FA |
| **22** | **Assets Totals (Excluding unknown values)** | **$91,913.00** | **$79,589.00** | | **$14,036.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 9:16-bk-12102-DS  
**Case Name:** ADVANCED SYNTEC, INC.  

**Trustee Name:** (001380) Jeremy W. Faith  
**Date Filed (f) or Converted (c):** 11/14/2016 (f)  
**§ 341(a) Meeting Date:** 01/09/2017  

**For Period Ending:** 06/03/2019  
**Claims Bar Date:** 05/15/2017  

**Major Activities Affecting Case Closing:**

Period ending 3/31/19: 21 day notice filed 6/28.  Fee apps due July 20. Court costs: $0.  TFR approved 3/11/19.

Period ending 3/31/18:  ETFR date changed from 1/31/18 to 12/31/18 to Review potential preference actions; if none, case will be ready for final tax returns and closing. On 4/17/17, an order approving Trustee's application to employ counsel was entered.  On 6/13/17, the Trustee's application to employ an accountant was approved. The Trustee is completing his claim analysis.  Avoidance analysis complete - no claims to pursue in case.  Final tax returns requested.  Once tax returns complete, estate will be ready to close.

Period ending 3/31/17:  Trustee issued notice of abandonment of Estate property on 1/10/17. Creditor opposed. On 2/22/17, Trustee filed a motion for sale of Estate property and an order on the motion was entered on 3/14/17.  Application to employ MF as general counsel for Trustee filed on 2/28/17.  Remaining assets to be administered are possible preference claims.  
Don Fife contacted to preform preference analysis and to prepare estate tax returns.  
Initial ETFR: 1/31/2018

**Initial Projected Date Of Final Report (TFR):** 01/31/2018    **Current Projected Date Of Final Report (TFR):** 11/08/2018 (Actual)

| 06/03/2019 | /s/Jeremy W. Faith |
|---|---|
| Date | Jeremy W. Faith |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 9:16-bk-12102-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | ADVANCED SYNTEC, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7274 | Account #: | ******9700 Checking |
| For Period Ending: | 06/03/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/12/17 | {22} | Compstar Insurance Services, LLC | Worker's Comp Ins. Premium Refund | 1229-000 | 6,536.00 | | 6,536.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,526.00 |
| 02/27/17 | | Susan Hammond | Deposit for Unencumbered Personal Property Assets | | 7,500.00 | | 14,026.00 |
| | {3} | | Sale Proceeds $1,424.41 | 1129-000 | | | 14,026.00 |
| | {4} | | Sale Proceeds $210.93 | 1129-000 | | | 14,026.00 |
| | {5} | | Sale Proceeds $210.93 | 1129-000 | | | 14,026.00 |
| | {10} | | Sale Proceeds $3,021.47 | 1129-000 | | | 14,026.00 |
| | {11} | | Sale Proceeds $1,222.97 | 1129-000 | | | 14,026.00 |
| | {13} | | Sale Proceeds $7.19 | 1129-000 | | | 14,026.00 |
| | {14} | | Sale Proceeds $4.32 | 1129-000 | | | 14,026.00 |
| | {15} | | Sale Proceeds $35.97 | 1129-000 | | | 14,026.00 |
| | {16} | | Sale Proceeds $9.35 | 1129-000 | | | 14,026.00 |
| | {17} | | Sale Proceeds $201.43 | 1129-000 | | | 14,026.00 |
| | {18} | | Sale Proceeds $575.52 | 1129-000 | | | 14,026.00 |
| | {19} | | Sale Proceeds $575.51 | 1129-000 | | | 14,026.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 14,016.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.47 | 13,995.53 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.78 | 13,976.75 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.11 | 13,954.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.07 | 13,934.57 |
| | | | **Page Subtotals:** | | **$14,036.00** | **$101.43** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:16-bk-12102-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | ADVANCED SYNTEC, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7274 | Account #: | ******9700 Checking |
| For Period Ending: | 06/03/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/20/17 | 101 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided on 07/20/2017 | 2300-000 |  | 1.93 | 13,932.64 |
| 07/20/17 | 101 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided on 07/20/2017 | 2300-000 |  | -1.93 | 13,934.57 |
| 07/20/17 | 102 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided on 07/20/2017 | 2300-000 |  | 1.93 | 13,932.64 |
| 07/20/17 | 102 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Voided on 07/20/2017 | 2300-000 |  | -1.93 | 13,934.57 |
| 07/20/17 | 103 | INTERNATIONAL SURETIES | pro rata bond payment 2017 Bond #016030866 | 2300-000 |  | 1.97 | 13,932.60 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.37 | 13,913.23 |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 22.01 | 13,891.22 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.31 | 13,871.91 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 21.28 | 13,850.63 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.92 | 13,830.71 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.22 | 13,811.49 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 21.84 | 13,789.65 |
| 02/09/18 | 104 | Rexford Industrial Realty LP | Administrative Rent Payment per Dck #60 | 2410-000 |  | 2,500.00 | 11,289.65 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 18.51 | 11,271.14 |
| 03/15/18 | 105 | INTERNATIONAL SURETIES | bond payment for 2018 | 2300-000 |  | 12.40 | 11,258.74 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.92 | 11,241.82 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 15.63 | 11,226.19 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 17.76 | 11,208.43 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 15.58 | 11,192.85 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 17.17 | 11,175.68 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.60 | 11,159.08 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 8.55 | 11,150.53 |
|  |  |  | **Page Subtotals:** |  | **$0.00** | **$2,784.04** |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 9:16-bk-12102-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | ADVANCED SYNTEC, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7274 | Account #: | ******9700 Checking |
| For Period Ending: | 06/03/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.07 | 11,140.46 |
| 03/13/19 | 106 | MARGULIES FAITH LLP | 9:16-12102 Paid by order entered 3/12/2019. Dividend paid at 77.11% of $7,772.00 = $5,993.21; Claim #ADMIN 01 | 3110-000 | | 5,993.21 | 5,147.25 |
| 03/13/19 | 107 | MARGULIES FAITH LLP | 9:16-12102 Paid by order entered 3/12/2019. Dividend paid at 100.00% of $245.61 = $245.61; Claim #ADMIN 02 | 3120-000 | | 245.61 | 4,901.64 |
| 03/13/19 | 108 | Don Fife | 9:16-12102 Paid by order entered 3/12/2019. Dividend paid at 77.11% of $1,974.00 = $1,522.21; Claim #ADMIN 03 | 3410-000 | | 1,522.21 | 3,379.43 |
| 03/13/19 | 109 | Don Fife | 9:16-12102 Paid by order entered 3/12/2019. Dividend paid at 100.00% of $308.60 = $308.60; Claim #ADMIN 04 | 3420-000 | | 308.60 | 3,070.83 |
| 03/13/19 | 110 | Jeremy W. Faith | 9:16-12102 Paid by order entered 3/12/2019. Dividend paid at 77.11% of $2,153.60 = $1,660.70; Claim #FEE | 2100-000 | | 1,660.70 | 1,410.13 |
| 03/13/19 | 111 | Jeremy W. Faith | 9:16-12102 Paid by order entered 3/12/2019. Dividend paid at 100.00% of $153.74 = $153.75; Claim #TE | 2200-000 | | 153.75 | 1,256.38 |
| 03/13/19 | 112 | FRANCHISE TAX BOARD | 9:16-12102 Paid by order entered 3/12/2019. Dividend paid at 77.11% of $1,629.28 = $1,256.38; Claim #6-2 | 2820-000 | | 1,256.38 | 0.00 |
| | | **COLUMN TOTALS** | | | 14,036.00 | 14,036.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 14,036.00 | 14,036.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $14,036.00 | $14,036.00 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 9:16-bk-12102-DS | **Trustee Name:** | Jeremy W. Faith (001380) | |
| **Case Name:** | ADVANCED SYNTEC, INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7274 | **Account #:** | ******9700 Checking | |
| **For Period Ending:** | 06/03/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9700 Checking | $14,036.00 | $14,036.00 | $0.00 |
| | $14,036.00 | $14,036.00 | $0.00 |

06/03/2019                                        /s/Jeremy W. Faith

Date                                                    Jeremy W. Faith

**UST Form 101-7-TDR (10 /1/2010)**